To whom this may concern,

My name is Aaron Evans. I am currently locked up in the Alachua County Jail. I have tryed to contact a number of lawers by phone but I cant reach any one from inside of here. Basicly heres the scoop. I had a conflict with a nother inmate that left me with a broken bone and was denide medical Attention.

On Oct. 14th I was in pod C-1 room 12 with inmate Joe Salmon. Our doors are closed while we eat. We often trade food from our breakfast tray for something off the lunch tray and have to wait for the trusty to come pick up the tray's and take it were we wont it. This perticular morning some Oat meal was sent down to room "9" (the inmate I no as "Hawthorn") for rice off his lunch tray. When lunch came "room 9" was let out of his cell. (Also everyone is known by what ever # the room is) When asked about the rice he said he's not paying. So we have words through the door and then I sit down to eat. Joe continued yelling stuff through the door. A few minutes pass and I look up to my left at the door and see "Hawthorn" in the window. He then set his Tray in the "Food tray Flap" cut in the door and said "here take these carrots" then slamed the tray through the door. I was holding my tray with my left hand so when I see whats going on I try to block with my right hand were the tray caught the pinky side of my hand and broke my wrist. When I look down at my wrist I see a bone pressing against the skin out of the side of my hand. Out of reaction I grabed my hand, showed it to Joe then proceeded to re set the bone. I was on the verge of passing out it hurt so bad. We then had another inmate go get me a guard. A few minutes later a young chubie white guard came and pulled me out of the pod. My wrist and hand were already swollen badly and I told him what happen.

I don't think he was working our pod because after I told him every thing he sent me back in and told me I have to wait for officer "Madison". When I got back in the room Joe had already cleaned up most of the carrots so we could walk around with out stepping all over them. (But kept the tray) So an hour or so later "Madison" came and got me, I went in the Hallway and explained what happen. "Madison" then walked back in and asked the guy (Room 9) and the other guys that were out if he through the tray and of coarse every one said no.

We then go to see the in house Doctor which is "Dr. Foye". She looks at it and tells me it will be fine, after I explaned how the bone was sticking out. So she gives me a sling for my arm and some pain pills and orders a X-Ray that want happen till next week. She tells me I will have to go to a Orthopeadic Doctor because she doesn't fix bones.

The next day was my release date from C1 were I was then moved to H-1. I was set for the X-Ray the following tuesday but was never called out. I told the guards day in and day out (and the Medication nurses every day) they told me to fill out a Sick call. Which I did. (Officer Monk and Simmons were the guards most complained to) Finaly they X-Ray it but never tell me the results. So I put in another "Sick call". I was finaly seen just to be told "It's not Broken". A month later (Nov. 15th) I put in another "Sick call" because my hand was still swollen like crazy and I could not use it. Some time between (Nov 15th) and (Dec 19th) I was seen by "Dr. Ron" he told me there's something wrong with it alright. (Note there's a big lump out of the back of my hand.) He told me I need to be seen by the ortho but he cant order it Dr. Foye has to. In the middle of Dec. I had my 90 day review so I got to speak with classification. "Frank Farley" was his name. He took one look at the hand and told me he would bring me a "Grievance Form". So around (Dec 28th) I put in the Form. I got it back Jan 6th the responce was "you will be seen at the next avilable off site appt. So the 22nd of January I went to see the Ortho Dr. Kabeer at "The Orthopeadic Institute". 4500 Newberry Road.

I first went to North Florida for X-Rays. Dr. Kabeer took one look at it and said "yeah its broken" before looking at the X-Rays. He order me to get a cat scan then return to see him. I got the "CAT SCAN" at "North Florida" on the 22nd of Febuary but was never called for the Appointment. I put in a nother "Sick Call" on 3-2-10. I then recieved a letter in the mail from Dr. Kabeers office saying I missed my appointment on the 26th of February. I spoke with Dr. Foye about it and she said she dont know. So she set another one. I just learned the 19th of March (I think it was) I missed that one. She told me its out of her hands its the Jail thats not taking me. I've now sat here in pain with a broken wrist for over 6 months. This cant be legal! I'm affraid I want be able to perform properly at the construction work I do. It hurts when I write, wash my hands, twisting a door knob. Any presure unless placed certine ways.

    I'm exhasted from all that I've been through and dont know what more to do. I'm now in a pod that doesint have library access so I cant obtain information about this case. I have a packet (A Civil Rights under 42 U.S.C. SS 1983) but there are somethings I cant answer in it. I have copies of Medical, inmate, and grievance forms dating back to (10-20-09) I fill I have a very good case but lack the resources to persue it. If you could please have someone contact me at the Jail I have to much paperwork and not enough envelops to send everything. Also as of April 1st we wont have envelopes anymore. I will fill out the civil Rights packet as far as I can and have all my copies of documents I might need ready.

    Thank you for taking the time to read this and I look forward to hearing from you.

                                Sincerly, Aaron Evans

Aaron Evans
3333 NE 39th Ave
Gainesville, FL 32609

Clerk, U.S. District Court
401 S.E. First Ave
Room 243
Gainesville, FL 32601

326014635