IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AARON EVANS,

    Plaintiff,

v.                                              CASE NO. 1:10-cv-48-MP-GRJ

ALACHUA COUNTY BOARD
OF COMMISSIONERS, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On February 1, 2011, the Court ordered Plaintiff to show cause on or before February 15, 2011, as to why this case should not be dismissed for failure to comply with the Court's order to file an amended complaint.  Doc. 22.  As of the date of this order, Plaintiff has failed to respond to the show cause order and has failed to file an amended complaint or take any action to advance this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 22nd day of April 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.