IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AARON EVANS,

    Plaintiff,

v.                          CASE NO. 1:10-cv-00048-MP -GRJ

ALACHUA COUNTY BOARD OF COMMISSIONERS, ALACHUA COUNTY JAIL, SADIE DARNELL, HAWTHORNE, PRISON HEALTH SERVICES INC,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute and failure to follow an order of the Court. The Magistrate filed the Report on April 22, 2011. Plaintiff has filed no objection, and the time to do so has passed. In fact, plaintiff has not communicated with the Court since November of 2010, despite being ordered to amend his complaint and then being directed to show cause why this case should not be dismissed.

Upon consideration, the Court agrees with the Magistrate that the case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 23) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this *2nd* day of June, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge